IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:20cr147-KAH-SMD |
| | ) | [18 U.S.C. § 371; |
| JAMIR Y. BAXTER; | ) | 18 U.S.C. § 922(u)] |
| MICHAEL T. TAYLOR; and | ) | |
| MICHAELA R. WHITE | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Unlawful Taking of Firearms from Federal Firearms Licensee)

On or about August 6, 2019, in Houston County, within the Middle District of Alabama, the defendant,

JAMIR Y. BAXTER,

did steal, unlawfully take, and unlawfully carry away, from the business inventory of a person licensed to engage in the business of dealing in firearms, firearms that had been shipped and transported in interstate and foreign commerce, to wit: a Glock, model 27, .40 caliber pistol; a Glock, model 20, 10mm pistol; a Glock, model 48, 9mm pistol; an FN, model 509T, 9mmm pistol; and, a Remington, model 1911 R1, .45 caliber pistol, all in violation of Title 18, United States Code, Section 922(u).

## COUNT 2
(Conspiracy to Commit Offenses Against the United States)

On or about September 6, 2019, in Houston County, within the Middle District of Alabama, the defendants,

JAMIR Y. BAXTER;
MICHAEL T. TAYLOR; and
MICHAELA R. WHITE,

did knowingly and intentionally conspire, combine, and agree together to commit offenses against the United States, to wit: steal, unlawfully take, and unlawfully carry away, from the business inventory of a

person who was licensed to engage in the business of dealing in firearms, firearms that had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(u).

OVERT ACTS

In furtherance of the conspiracy, a defendant took one or more of the overt acts described below.

1. On or about September 6, 2019, in Houston County, within the Middle District of Alabama, a defendant obtained hand tools, to include, but not limited to, chisels, which tools could be used to alter, destroy, breach, and penetrate the exterior of The Outpost, a business operated by a person licensed to engage in the business of dealing in firearms, located in Dothan, Alabama.

2. On or about September 6, 2019, in Houston County, within the Middle District of Alabama, a defendant breached the exterior wall of The Outpost, utilizing the hand tools described in paragraph 1.

3. On or about September 6, 2019, in Houston County, within the Middle District of Alabama, a defendant stole, unlawfully took, and unlawfully carried away, from The Outpost's business inventory, firearms that had been shipped and transported in interstate and foreign commerce, to wit: a BCM, model BCM4, 5.56 mm rifle; a Caracal, model F, 9mm pistol; an I.O. Inc., model BSR-74, 5.45mm rifle; a Kel-Tec, model P11, 9mm pistol; a Romarm/Cugir, model WASR-10, 7.62mm rifle; a Romarm/Cugir, model WASR-10UF, 7.62mm rifle; a Taurus, model 24/7 G2, 9mm pistol; and, two (2) Taurus, model G2C, 9mm pistols.

All in violation of Title 18, United States Code, Section 371.

COUNT 3
(Unlawful Taking of Firearms from Federal Firearms Licensee)

On or about September 6, 2019, in Houston County, within the Middle District of Alabama, the defendants,

JAMIR Y. BAXTER;
MICHAEL T. TAYLOR; and
MICHAELA R. WHITE,

each aided and abetted by the other, did steal, unlawfully take, and unlawfully carry away, from the business inventory of a person licensed to engage in the business of dealing in firearms, firearms that had been shipped and transported in interstate and foreign commerce, to wit: a BCM, model BCM4, 5.56 mm rifle; a Caracal, model F, 9mm pistol; an I.O. Inc., model BSR-74, 5.45mm rifle; a Kel-Tec, model P11, 9mm pistol; a Romarm/Cugir, model WASR-10, 7.62mm rifle; a Romarm/Cugir, model WASR-10UF, 7.62mm rifle; a Taurus, model 24/7 G2, 9mm pistol; and, two (2) Taurus, model G2C, 9mm pistols, all in violation of Title 18, United States Code, Section 922(u).

## FORFEITURE ALLEGATION

A.     The allegations contained in Counts 1 and 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B.     Upon conviction of the offense in violation of Title 18, United States Code, Section 922(u), as set forth in 1 and 3 of this Indictment, the defendants,

JAMIR Y. BAXTER;
MICHAEL T. TAYLOR; and
MICHAELA R. WHITE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense in violation of Title 18, United States Code, Section 922(u). The property includes, but is not limited to: a BCM, model BCM4, 5.56 mm rifle; a Caracal, model F, 9mm pistol; an I.O. Inc., model BSR-74, 5.45mm rifle; a Kel-Tec, model P11, 9mm pistol; a Romarm/Cugir, model WASR-10, 7.62mm rifle; a Romarm/Cugir, model WASR-10UF, 7.62mm rifle; a Taurus, model 24/7 G2, 9mm pistol; and, two (2) Taurus, model G2C, 9mm pistols.

C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold to, or deposited with, a third party;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or

(5)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Joshua J. Wendell
Assistant United States Attorney

_____
Verne H. Speirs
Assistant United States Attorney